# Court of Appeals
# of the State of Georgia

ATLANTA,  July 26, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0652.  WHITLOCK v. WHITLOCK**

Because the notice of appeal in the captioned case was filed before January 1, 2017, and includes an appeal from the trial court's order partitioning real property, this case falls within the Supreme Court's title to land appellate jurisdiction. *Ononye v. Ezeofor*, 287 Ga. 201, 201 (695 SE2d 234) (2010).  Accordingly, this case is transferred to the Supreme Court of Georgia.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/26/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*                          , *Clerk.*